

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00049-CV

IN RE SAMSUNG ELECTRONICS CO., LTD.

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Samsung Electronics Co., Ltd., has filed a petition for a writ of mandamus, asking this Court to grant its petition and to direct the Honorable Brad Morin, Judge of the 71st Judicial District Court of Harrison County, to dismiss Koninklijke KPN N.V.'s lawsuit against Samsung. We deny Samsung's requested mandamus relief.

## I. Factual Background

On September 28, 2022, KPN filed a lawsuit against Samsung, asserting breach of contract and declaratory judgment claims, alleging that Samsung materially breached the parties' prior agreement. On March 6, 2023, Samsung filed a motion to dismiss KPN's lawsuit pursuant to Rule 91a of the Texas Rules of Civil Procedure. After a hearing on the matter, the trial court denied Samsung's motion.

The agreement and the record before us are confidential and sealed, respectively, and will not be reported herein.

Samsung filed a petition for a writ of mandamus, asserting that the trial court abused its discretion by failing to grant its Rule 91a motion to dismiss.

## II. Conclusion

The Court, having examined and fully considered the petition for a writ of mandamus and other filings by the parties, the record, and the applicable law, is of the opinion that the mandamus petition should be denied.

Accordingly, we deny Samsung's petition for a writ of mandamus.


Charles van Cleef
Justice

Date Submitted:     June 20, 2023
Date Decided:       June 21, 2023